# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Lucyna E. Sopala

                Plaintiff,

v.

Menard, Inc.

                Defendant.

Case No.: 1:19−cv−00830

Honorable Mary M. Rowland

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 3, 2019:

      MINUTE entry before the Honorable Mary M. Rowland: Status hearing set for 10/31/19 at 9:30am to report on settlement. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.